IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McCain, Robert C | Case Number: 07 B 16393 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 9/23/08 | Filed: 9/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 13, 2008
Confirmed: November 28, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,025.00 |  |
| Secured: |  | 1,798.79 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 226.21 |
| Other Funds: |  | 0.00 |
| Totals: | 4,025.00 | 4,025.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dennis G Knipp | Administrative | 2,000.00 | 2,000.00 |
| 2. | Everhome Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Everhome Mortgage Company | Secured | 34,342.53 | 1,798.79 |
| 4. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 3,197.89 | 0.00 |
| 6. | Sallie Mae | Unsecured | 3,571.41 | 0.00 |
| 7. | Illinois Dept of Revenue | Unsecured | 30.11 | 0.00 |
| 8. | Ohio Support Payment Central | Priority | | No Claim Filed |
| 9. | Cuyahoga County CSEA | Priority | | No Claim Filed |
| 10. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 11. | Gail Petrich, JD | Unsecured | | No Claim Filed |
| 12. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 13. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 14. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 15. | Southwest Laboratory Physican | Unsecured | | No Claim Filed |
| 16. | Southwest Laboratory Physican | Unsecured | | No Claim Filed |
| 17. | Meechai Tessalee, MD | Unsecured | | No Claim Filed |
| 18. | Tehming Liang, MD | Unsecured | | No Claim Filed |
| 19. | Eva V Page M D | Unsecured | | No Claim Filed |
| 20. | Advocate Medical Group S.C. | Unsecured | | No Claim Filed |
| 21. | Central DuPage Hospital | Unsecured | | No Claim Filed |
| 22. | Gail Petrich, JD | Unsecured | | No Claim Filed |
| 23. | Edward Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 43,141.94 | $ 3,798.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  McCain, Robert C

Printed: 9/23/08

Case Number: 07 B 16393
Judge: Squires, John H
Filed: 9/8/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 173.88 |
| 6.5% | 52.33 |
|  | _____ |
|  | $ 226.21 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

